**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  19-cv-2188-DDD-SKC

ANDREW FINKELSTEIN,

     Plaintiff,

v.

CALIX, INC., a Delaware corporation

     Defendant

---

**ORDER GRANTING
DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE COMPLAINT AND
EXHIBITS THERETO AS RESTRICTED**

---

The Court, having considered the assented-to motion of Defendant for leave to file under "Restricted" status the complaint in this matter, and Exhibits A and B thereto, GRANTS the motion and ORDERS as follows:

The Complaint, and Exhibits A and B thereto, found at Doc. 1-1, and Doc. 5, shall be maintained on the docket in this matter under Level 1 restricted access.

SO ORDERED.

Dated this _____ day of August, 2019

                                                BY THE COURT:

                                                _____