IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action: 19-cv-02188-DDD-SKC      Date: April 15, 2020
Courtroom Deputy: Amanda Montoya      FTR – Reporter Deck-Courtroom C-201

| *Parties:* | *Counsel:* |
|---|---|
| ANDREW FINKELSTEIN, | Beth Doherty Quinn |
|    Plaintiff, | |
| v. | |
| CALIX, INC, | Kathleen O'Grady |
| | Timothy Kratz |
|    Defendant. | |

## COURTROOM MINUTES

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 10:03 a.m.**
Court calls case. Appearances of counsel.

This hearing is before the Court to regarding defendant's responses to certain written discovery. The Court has reviewed the discovery requests and responses in dispute.

IT IS ORDERED:

**Interrogatory 1, request for production 7, and request for production 9:** Defendant shall supplement their responses with more specific information about when things were invoiced. Defendant shall continue to research the subject of interim payments and produce any information that is obtained. Defendant shall also inquire if data points exist and provide them if they do. To the extent a subsection is not addressed in the spreadsheet, defendant shall supplement to provide an answer to the interrogatory for that particular subsection.

**Interrogatory 5:** Defendant shall supplement their response to indicate that they went back 5 years.

**Request for Production 10:** Defendant shall supplement their response to advise if any documents have been withheld based on objection to the request.

Any supplements that have been ordered by the Court shall be made no later than April 30, 2020.

HEARING CONCLUDED.
**Court in recess: 11:00 a.m.**
Total time in court: 00:57

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.