IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge S. Kato Crews

Civil Action No. 1:19-cv-02188-DDD-SKC

ANDREW FINKELSTEIN,

      Plaintiff,

v.

CALIX, INC.*,*

      Defendant.

---

## ORDER SETTING SETTLEMENT CONFERENCE

---

1.  A Settlement Conference is set in this matter for **Wednesday, June 17, 2020 at 9:00AM**. Instructions regarding remote participation will follow.

2.  Unless otherwise ordered, counsel shall have all parties present at settlement conferences, including all individually named parties or a representative of each named entity. Counsel shall also have in attendance all individuals with full authority to negotiate all terms and demands presented by the case, and full authority to enter into a settlement agreement, including, but not limited to, an adjustor, if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency.

3.  In exceptional circumstances, the appearance of a party, or an insurance or party representative by telephone may be approved in advance of the settlement conference. Any party seeking such relief should file the appropriate motion with the Court after conferring with opposing counsel.

4. No person is ever required to settle a case on any particular terms or amounts. However, both parties must participate in the settlement conference in good faith, pursuant to Fed. R. Civ. P. 16(f). If any party or party representative attends the settlement conference without full authority, fails to attend the proceeding without prior Court approval, or fails to participate in the proceeding in good faith, and the case fails to settle, that party may be ordered to pay the attorney's fees and costs for the other side.

5. Counsel shall prepare and submit two position statements: one to be submitted to the other party or parties, and the other to be submitted by email only to the Magistrate Judge, no later than **Wednesday, June 10, 2020**. Statements and exhibits are **limited to 35 pages**. A request for additional pages should be emailed to Chambers (with a copy to the opposing party) no later than **two (2) days** prior to the position statement deadline. The email should specify the number of additional pages requested, and explain why additional pages are necessary.

   a. The statement(s) presented to opposing counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which supports that side's claims, and may present a demand or offer. These statements should be intended to persuade the opposing clients and counsel.

   b. The second statement shall be emailed to Chambers (not submitted for filing to the court) at Crews_Chambers@cod.uscourts.gov. This statement shall contain the content or copies of the first statement along with any confidential comments the party or counsel wishes to make. The statement shall directly address the concerns, needs, and fears which may affect the party's settlement position or ability to settle.

6. Counsel shall participate in individual phone calls with Magistrate Judge Crews prior to the Settlement Conference. These phone calls are off-the-record and are an opportunity for the Judge Crews to raise questions stemming from his review of the position statements. Counsel will be provided with a phone number in advance of their calls.

   a. Plaintiff's Counsel: **Monday, June 15, 2020 at 1:30 P.M.**

   b. Defense Counsel: **Tuesday, June 16, 2020 at 1:30 P.M.**

DATED: May 29, 2020

BY THE COURT:

S. Kato Crews
United States Magistrate Judge