# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge S. Kato Crews

DATE: July 24, 2020

RE:     Case # 19-cv-02188-DDD-SKC
        Case Title: Finkelstein v. Calix, Inc

A settlement conference was held on June 17, 2020 with supplemental negotiations being made up until today.  The Court has been advised that a settlement was reached as to all claims and parties.  The parties shall file dismissal papers on or before **July 31, 2020**.

Settlement conference, preparation, and supplemental negotiations time involved: 9 hours.

No record was made.